UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIBER MEDIA S.À R.L., F/K/A VIBER MEDIA, INC.,

        Plaintiff,

    -v-

NXTGN, INC., NEXT GROUP HOLDINGS, INC., NEXT COMMUNICATIONS, INC., AND CUENTAS, INC.,

        Defendants.

No. 18-cv-618 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the parties' joint July 1, 2020 letter setting forth their views concerning the next steps in this litigation following the Court's June 15, 2020 Opinion and Order dismissing Viber Media S.à r.l., f/k/a Viber Media, Inc.'s claims against NxtGn, Inc., Cuentas, Inc., and Next Group Holdings, Inc. (Doc. No. 66.) In light of the fact that the parties agree that Next Communications, Inc. is liable for $527,782.10 in attorneys' fees subject to an Order Confirming the Second Amended Reorganization Plan in Next Communications' Chapter 11 bankruptcy proceeding before the United States Bankruptcy Court for the Southern District of Florida, IT IS HEREBY ORDERED THAT, no later than Friday, July 10, 2020, the parties shall submit a joint proposed judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    July 2, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation